IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELECTRONIC SCRIPTING PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KICHLER LIGHTING LLC, <br><br> Defendant. | Civil Action No.: 1:23-cv-01232-CEF |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff Electronic Scripting Products, Inc., by and through its undersigned counsel, hereby dismisses all of its claims asserted against Defendant Kichler Lighting LLC WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: November 10, 2023

Respectfully submitted,

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: November 13, 2023

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: (330) 244-1174
Fax: (330) 244-1173
Email: howard.wernow@sswip.com

1